In the Matter of ISIDORE KLATZKIE, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Klatzkie,* 142 App. Div. 352, appeal dismissed.
(Submitted November 18, 1912; decided November 26, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1911, directing that the appellant herein be disbarred.

The motion was made upon the ground of failure to prosecute the appeal.

*Einar Chrystie* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

PAUL SCHMIDT, Appellant, *v.* MEDICAL SOCIETY OF THE COUNTY OF NEW YORK, Respondent.

*Schmidt* v. *Medical Society of the County of New York,* 142 App. Div. 635, appeal dismissed.
(Submitted November 18, 1912; decided November 26, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1911, unanimously reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action for malicious prosecution.

The motion was made upon the ground that the reversal by the Appellate Division was upon the facts and, therefore, not appealable to the Court of Appeals.

*Almuth C. Vandiver* for motion.

*Denis A. Spellissy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.